U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GEORGE A. BYNUM | DOCKET NO. 07-cv-0764 |
| VERSUS | JUDGE DRELL |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 42 U.S.C. §1997e and 28 U.S.C. §1915(e)(2)(b)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this __10th__ day of __August__, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE